MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724

**GORDON&REES**
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

MEMO ENDORSED

February 11, 2020

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/20

**VIA ECF**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Duff v. Pristine Servs. Inc., and Island Exterior Fabricators, LLC*
Case No.: 1:19-cv-10423-RA

Dear Judge Abrams:

We represent defendant Island Exterior Fabricators, Inc. ("Island") in the above-referenced action. Pursuant to section 1.D of Your Honor's Individual Rules and Practices, we write, with the consent of all parties, to request the Court adjourn the submission of the joint letter, currently due on February 28, 2020, and the initial conference, currently scheduled for March 6, 2020.

As the Court is aware, on Wednesday, January 22nd, Island filed its motion to dismiss plaintiff's Complaint. On Thursday, January 23rd, the Court issued its Initial Conference Order, scheduling the initial conference for March 6th and requiring the parties submit a joint letter by February 28th. On Friday, January 31st, co-defendant Pristine Services, Inc. filed a separate motion to dismiss. On Tuesday, February 4th, plaintiff filed a letter motion requesting an extension of time to amend the complaint or otherwise respond to the motions, which the Court granted on February 5th. As a result, the parties seek to avoid wasting the Court's and their own time and resources until such time as there is a determination on the pleadings.

This is the first request to adjourn the initial conference and joint letter submission, and because it is not clear whether Island and/or Pristine will move to dismiss or answer such anticipated amended pleadings, it is difficult to provide proposed dates to reschedule the conference. Accordingly, we respectfully request the Court adjourn the letter and conference *sine die*, with the understanding they will be restored to the calendar if necessary upon the determination of the motions to dismiss and/or responses to an amended pleading.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Mark A. Beckman

cc: All Counsel of Record (*via* ECF)

> The Court grants the parties' request to adjourn the conference until after Defendants have responded to the amended complaint, but the Court will not adjourn the conference *sine die*. As such, the initial status conference scheduled for March 6, 2020 is adjourned to March 27, 2020 at 2:30 p.m. The parties' joint letter and proposed case management plan is due no later than March 20, 2020.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> February 13, 2020