MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724

**GORDON&REES**
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER℠

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2020

March 13, 2020

**MEMO ENDORSED**

**VIA ECF**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Duff v. Pristine Servs. Inc., and Island Exterior Fabricators, LLC*
            Case No.: 1:19-cv-10423-RA

Dear Judge Abrams:

    We represent defendant Island Exterior Fabricators, Inc. ("Island") in the above-referenced action. Pursuant to section I.D of Your Honor's Individual Rules and Practices, we write, with the consent of all parties, to request the Court adjourn the submission of the joint letter, currently due on March 20, 2020, and the initial conference, currently scheduled for March 27, 2020

    As the Court is aware, on Wednesday, March 11, 2020, Island and co-defendant Pristine Services Inc. each filed a motion to dismiss plaintiff Tony Duff's ("Plaintiff") Amended Complaint. As a result, the parties seek to avoid wasting the Court's and their own time and resources until such time as there is a determination on the pleadings. Moreover, we respectfully make this request due to the current environment and the health and safety of the parties, their attorneys, and the Court. All parties have consented to an adjournment, pending the Court's approval.

    This is the second request to adjourn the initial conference and joint letter submission, and because it is not clear whether Plaintiff will respond to the motion or request leave to amend the pleadings a second time, it is difficult to provide proposed dates to reschedule the conference. Moreover, the parties understand that the current state of affairs will cause difficulty for the parties, their attorneys, and this Court, regarding in-person conferences. Accordingly, we respectfully request the Court adjourn the letter and conference *sine die*, with the understanding they will be restored to the calendar if necessary upon the determination of the motions to dismiss.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Mark A. Beckman

cc: All Counsel of Record (*via* ECF)

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
3-13-20