**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TONY DUFF,

                   Plaintiff,

   -against-                                   19 **CIVIL** 10423 (RA)

                                         **JUDGMENT**

PRISTINE SERVICES, INC., et al.,

                   Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 19, 2021, the Court declines to exercise supplemental jurisdiction. For the foregoing reasons, Defendants' motions to dismiss are granted; accordingly, this case is closed.

**Dated:** New York, New York

      February 19, 2021

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                           **BY:**      *K. Mango*

                                                                 **Deputy Clerk**